IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14—29567 |
| BALASIVA PANICKER | ) | |
| | ) | HON. DONALD CASSLING |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF MOTION

TO:  Parties listed on the attached Service List

   PLEASE TAKE NOTICE that on May 29, 2015, at 10:30 a.m., the undersigned shall appear before the Honorable Donald R. Cassling, United States Bankruptcy Judge, or any other judge sitting in his place and stead, at the Kane County Courthouse, 100 S. Third Street, Room 240, Geneva Illinois and then and there present the attached Motion, a copy of which is attached hereto and hereby served upon you.


_/s/ Brenda Porter Helms

## CERTIFICATE OF SERVICE

   The undersigned certifies that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case filing System, service of the above-mentioned Notice on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the attached Service List, he/she was served a copy as set forth therein, this 19th day of  May, 2015, at 3400 W. Lawrence Avenue, Chicago Illinois.


__/s/ Brenda Porter Helms ____

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## SERVICE LIST

Service via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Charles Magerski

Via first class mail, postage prepaid

Balasiva Panicker
100 Covington Count
Oak Brook IL 60523

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14-29567 |
| BALASIVA PANICKER | ) | HON. DONALD R. CASSLING |
| | ) | BANKRUPTCY JUDGE |

## MOTION OF TRUSTEE TO REOPEN CASE

NOW COMES the Trustee herein, Brenda Porter Helms, and states the following in support of her Motion to Reopen the Chapter 7 case of Balasiva Panicker:

1. This Chapter 7 case was filed on August 12, 2014 and Brenda Porter Helms was appointed Trustee, conducted the first meeting of creditors in this case, filed a No-Asset Report and the case was closed.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. section 1334. This is a core proceeding pursuant to 28 U.S. C. section 157(A). Venue is proper in this district pursuant to 28 U.S.C. sections 1408 and 1409.

3. This request for relief is predicated upon Section 350(b) of the Bankruptcy Code.

4. Movant was the duly qualified and acting Trustee in this case.

5. This case has been closed by the Clerk of the Court and Trustee discharged.

6. Although the debtor testified under oath at the first meeting of creditors that her husband had a secured interest in the residence, the Trustee has been recently advised that security interest is not perfected. Without the further encumbrance on the residence as stated by the Debtor on Schedule A and in her testimony at the 341 meeting, the residence may have value for the benefit of creditors.

7. Furthermore, a review of the title on the residence indicates there may be other creditors who were not listed on Schedule D.

8. Movant requests that this Court reopen this chapter 7 case for "cause" including the fact that the Debtor misrepresented the alleged secured indebtedness on her residence. The Trustee requires that the case be reopened so that she can re-examine the Debtor.

WHEREFORE, for the reasons set forth above, Movant requests entry of an Order re-opening this chapter 7 case, vacating the previously entered Report of No Distribution, deferring the re-opening fee until such time as the estate has deposited the funds and directing the U.S. Trustee for the Northern District of Illinois to appoint a successor Trustee and for such further relief as this Court deems appropriate.

Respectfully submitted,

//s/ Brenda Porter Helms
Trustee

Brenda Porter Helms
Chapter 7 Trustee
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 463-6427